IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MARCUS LEE ASSOCIATES, L.P., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WACHOVIA BANK, N.A. | : | NO. 10-667 |

## ORDER

AND NOW, this 20th day of January, 2011, upon consideration of Marcus Lee Associates, L.P.'s appeal of the Bankruptcy Court's order denying the motion for reconsideration of the Court's order denying continued use of cash collateral and granting stay relief to Wachovia Bank, N.A. and the response of Wachovia Bank, it is hereby ORDERED that the Bankruptcy Court order dated January 8, 2010 is AFFIRMED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.